## Sales of Restricted Shares of Connectyx Stock

| Date | Name | Price Per Share | Shares | Purchase Price | Warrants | Warrants Exercised? |
|---|---|---|---|---|---|---|
| 07/06/11 | Danzig | 0.002 | 1,000,000 | $ 2,000 | - | |
| 07/20/11 | Danzig | 0.005 | 400,000 | $ 2,000 | - | |
| 07/05/11 | Bardelas | 0.003 | 3,000,000 | $ 10,000 | 500,000 | No |
| 07/12/11 | Bardelas | 0.004 | 5,000,000 | $ 20,000 | 500,000 | No |
| 07/14/11 | McClelland | 0.004 | 2,500,000 | $ 10,000 | - | |
| 07/28/11 | McClelland | 0.004 | 2,500,000 | $ 20,000 | - | |
| 08/08/11 | Feucth | 0.004 | 2,727,273 | $ 12,000 | - | |
| 08/08/11 | Atkins | 0.005 | 2,000,000 | $ 10,000 | 1,400,000 | No |
| 08/12/11 | Grooms | 0.004 | 1,250,000 | $ 5,000 | - | |
| 08/15/11 | Robinson | 0.005 | 4,200,000 | $ 20,000 | 500,000 | No |
| 08/16/11 | Atkins | 0.005 | 1,000,000 | $ 5,000 | | |
| 08/18/11 | Millard | 0.005 | 400,000 | $ 2,000 | | |
| 08/23/11 | Rapo | 0.005 | 1,000,000 | $ 5,000 | | |
| 08/25/11 | Leighton | 0.005 | 500,000 | $ 2,500 | | |
| 09/03/11 | Briscoe | 0.005 | 500,000 | $ 2,500 | | |
| 09/09/11 | Evers | 0.005 | 2,000,000 | $ 10,000 | 250,000 | No |
| 09/09/11 | Kavanagh | 0.005 | 2,000,000 | $ 10,000 | | |
| 09/13/11 | Briscoe | 0.005 | 1,500,000 | $ 7,500 | 250,000 | No |
| 09/19/11 | Bardelas | 0.004 | 5,000,000 | $ 20,000 | | |
| 10/03/11 | Wilson | 0.005 | 1,000,000 | $ 5,000 | 250,000 | No |
| 10/03/11 | Tomko | 0.005 | 1,000,000 | $ 5,000 | 250,000 | No |
| 10/19/11 | Wilson | 0.005 | 1,000,000 | $ 5,000 | 250,000 | |
| 11/03/11 | Tomko | 0.005 | 1,000,000 | $ 5,000 | . | |
| 11/15/11 | Merz | 0.005 | 1,000,000 | $ 5,000 | 125,000 | No |
| 12/15/11 | Bernard | 0.005 | 1,000,000 | $ 5,000 | 250,000 | No |
| 12/19/11 | Bernard | 0.005 | 1,000,000 | $ 5,000 | 250,000 | No |
| 12/16/11 | Bardelas | 0.004 | 2,500,000 | $ 10,000 | | |
| 12/16/11 | Rearick | 0.005 | 2,000,000 | $ 10,000 | 250,000 | No |
| 12/20/11 | Brenann | 0.005 | 600,000 | $ 3,000 | | |
| 01/13/12 | Bardelas | 0.003 | 4,000,000 | $ 10,000 | - | |
| | Total | | 53,577,273 | $ 241,500 | 5,025,000 | |

EXHIBIT A