


November 17, 2015 5 Kislev 5776

**Rabbi**
Matthew Durbin

**Rabbi Emeritus**
Jonathan P. Kendall, D.D.

**Cantorial Soloist and Religious Education Director**
Beth Pennamacoor

**Administrator**
Noreen Tolman

**Director ECLC**
Tammy Kaiser

**Youth Director**
Marcy Morris

**Executive Board:**
**President**
Amy Alpert
**Treasurer**
Stacy Stoller
**Secretary**
Michael Millner
**Vice President – Ritual**
Sandy Crile
**Vice President – Education**
Kimberly Rosen
**Co-Vice President–Membership**
Jami Chaban and Eileen Stampoulis
**Chairperson ECLC**
Karl Drehobl, MD
**Immediate Past President**
Karen Weisberg

**Representative Trustees:**
**Sisterhood President**
Joni Winnick
**Brotherhood President**
Jeffrey Chaban
**Youth Committee Chair**
Jill Lebofsky
**Caring Community Co-Chair**
Shelly Halpern and Renee' Sherman
**Fundraising Chair**
Gary York
**Social Action Co Chair**
Lauren Ram
**Social Action Co-Chair**
Jesse Katz

**Trustees:**
Richard Erth
Dave Gubernick

United States District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Ronald Lawrence Schuman, AKA Ronn Schuman

Dear Judge Wolf,

I have known Ronald Schuman for almost nineteen years. During that time it was my privilege to be his Rabbi and become his friend. I had the pleasure of officiating his sons' B'nai Mitzvah and have established a strong bond with him as he has served (twice) as President of our synagogue's Men's Club, sat as a member of our Temple's Board of Directors and could always be counted on to contribute time, effort and energy to the sustenance and maintenance of our community. I have always known him to be a person with a superior moral compass – above all an individual who exemplifies the values of kindness, compassion, patience and decency which our tradition enshrines. I will not visit the crimes with which he is charged except to say that they are totally uncharacteristic of Ronald Schuman's temperament and nature.

A more critical issue revolves around Ronald's wife, Amanda. She is physically disabled, quite literally living in the precarious place between life and death. Her multiple cardiac issues have placed Ronald in the position of primary caregiver. Though I tend to rely more on God's timetable, I can – with reasonable confidence – aver that a sentence involving incarceration will leave Amanda Schuman in untenable hardship and ultimately dead.

A broken man, usually ebullient of spirit, approached me to write this letter on his behalf. To say he is remorseful, contrite and penitent would be a minimization of his angst, his shame and his mortification. Because I believe in sentencing not involve incarceration – for the sake of his wife, his children, his employees and his community. I beg to remain.

Most respectfully yours,

Jonathan P Kendall

Dr. Jonathan P. Kendall, Rabbi Emeritus




951 SE Monterey Commons Blvd. ◆ Stuart, FL 34996 ◆ Telephone: 772-286.1531 ◆ Facsimile: 772.288.6372
www.tbhfl.org info@tbhfl.org



Rabbi Jeffrey W. Goldwasser

Cantor Wendy J. Siegel
Toby Koritsky, R.J.E.
*Director of Education*
Ellen L. Jordan
*President*
Rabbi George J. Astrachan, D.D.
*Rabbi Emeritus*
Remmie J. Brown
*Cantor Emeritus*

November 9, 2015

United States District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf:

I am a congregational rabbi who served Temple Beit HaYam in Stuart, Florida, from 2011 to 2014. I currently serve as the rabbi of Temple Sinai in Cranston, Rhode Island. During my three years in Florida, I knew Ronald Schuman as his rabbi. During my time with the congregation, he was an exceptionally active member, having served as a member of the Temple's Board of Directors and as the President of its Early Childhood Learning Center. I worked with Mr. Schuman in his service as one of the leaders and chief volunteers in the Temple's "Souper Sunday" program to serve meals to the hungry one Sunday of each month. Mr. Schuman also was a frequent participant in the congregation's weekly Torah study group.

Over my years as a congregational rabbi, I have found that there are people who are respected as "givers" and there are people who are respected as "doers." During my time at Temple Sinai, Mr. Schuman was both, but I saw him serve primarily as a "doer," a man who took every opportunity to help others.

In my role as the rabbi of Temple Beit HaYam, I was Mr. Schuman's primary spiritual counselor, especially with regard to the care of his wife and sons. I believe that I know him and his heart very well. As the President of the Temple's Early Childhood Learning Center, Mr. Schuman was entrusted with the welfare of the children in the Temple's preschool. He has been a faithful and devoted husband and father in difficult circumstances. I would trust Mr. Schuman implicitly as a man of integrity in all matters.

I know that Mr. Schuman is appearing before your court because of actions that suggest otherwise about his character. While I was at Temple Beit HaYam, he and I discussed the circumstances that brought him to this situation. He believes sincerely that the wrongs he has committed are his own responsibility. He regrets his actions deeply, not only for the suffering they have brought him and his family, but because he knows them to be wrong. I believe that he understands this to have been the worst mistake of his life. He intends to do whatever is in his power to right his wrongs.

*Affiliated with the Union for Reform Judaism*
30 Hagen Avenue • Cranston, RI 02920 • 401.942.8350 • fax 401.942.3260 • www.templesinairi.org

I ask you to consider in sentencing that incarceration would do great harm to Mr. Schuman's family. Mr. Schuman's wife has significant disabilities and is in fragile health. Mr. Schuman plays a critical role in supporting her treatment and care. You should also be aware of the mental illness suffered by Mr. Schuman's son and the importance of Mr. Schuman's role in keeping his son on a path toward health.

I respectfully ask you for leniency in sentencing Mr. Schuman, both because of the impact that incarceration would have on his family, and also because I believe that leniency befits a man who – with the exception of the crime for which he stands before you – has led a life of integrity and giving to others. He is a blessing to his community. It would be just to allow him to continue to serve the community while he pays a just penalty for his crime.

Respectfully yours,

Rabbi Jeffrey W. Goldwasser




11/10/2015

United States District Court
Judge Mark L. Wolf
1 Courthouse Way
Boston, MA 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf,

My partner and I are writing this letter as a character reference on behalf of Ronald Schuman who we met last year while he was interviewing for a position as our Chief Operating Officer for our Substance Abuse Company, Dream Center for Recovery in Palm City, Florida. When we met Ronald we were impressed with his experience and knowledge of the healthcare industry and hired him to help us grow our Company. Ronald has exceeded our expectations over the past year and is one of our hardest working team members. Ronald has followed our example of continually raising the bar at our organization in striving for excellence, as my partner and I, like Ronald also lead our team by example.

Ronald is an irreplaceable asset to our organization. We want to reinforce this as we are building our new 40 Bed Medical Detox Center to add to our current 29 Bed Sober Living home and 19 Bed Ranch Recovery Community housing and his expertise in compliance, new business development and strategic planning has been vital to both of us at this stage of our Company's Growth.

On a personal note, Ronald has also helped our clinical team by assisting in teaching our clients wellness as he has a background as a Respiratory Therapist. Ronald also volunteers as a cook at the local soup kitchen and has cooked for our clients as his work ethics go far beyond what any employer would expect from an Operations Executive.

Ronald did speak to us about his criminal activity and he has great remorse for his actions and we support him 100% as we know that he is an honorable man that made a mistake. It is important to note that in the business of recovery we always give individuals a second change and with that said we have many felons that work for us as 1/3 of our staff is in recovery and many people in recovery have a criminal history.

We have also met Ronald's wife Amanda, she is a Registered Nurse that has a debilitating heart condition. Over the past year we have watched Ronald work with us 6-7 days a week and care for his wife who has been admitted to the hospital at least six times. Ronald is the sole supporter and caregiver for his family and we hope that you will consider this when you sentence him as his wife is 100% dependent on Ronald's care and ability to provide for her as he is the sole wage earner.

In closing, we both hope that you will allow Ronald to continue to work with us and be a productive member of the community. Incarceration would be a tragedy for him, his wife and the community in which he has served.

Respectfully yours,

Christina Tucker, CEO Founder

Joseph O'Grady, CMO, Co-Founder



DIAGNOSTIC IMAGING SERVICES

Eric A. Pfeiffer, MD
Karl E. Drehobl, MD
Jeffrey S. Hillmann, MD
Kristin S. Carano, MD
Todd R. Schroeder, MD
Christopher Bailey, MD
Todd R. Horkins, MD
Stephen Patten, MD
Brian Breslaw, MD
Nicholas Garcia, MD

Business Office
Zotec Partners
2101 Park Center Drive
Suite 170
Orlando, Florida 32835

Phone: (800) 387-1854
Fax: (727) 793-0194

Billing Address
26750 US Highway 19N
Suite 410
Clearwater, FL 33761

United States District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, MA 02210
Re: Ronald Lawrence Schuman, AKA Ronn Schuman

November 8, 2015

Dear Judge Wolf:

I have known Ronn Schuman for over 11 years, initially meeting him through his membership in Temple Beit HaYam in Stuart, FL. As a previous Temple President, I had the fortunate experience in having Ronn on my board. Ronn has served in various capacities at the Temple, both as Men's Club President and most recently on the board of the Temple's preschool. Through his activities with the Temple I have come to regard him as a close personal friend. He has been a tireless worker for the Temple and its community. He has spent countless hundreds of hours volunteering at temple functions, cooking Men's Club breakfasts, building sukkah's, attending Torah Study, ushering during the High Holidays and helping manage our preschool. Most of his participation was without fanfare or flair. He never sought out recognition or acclaim. Ronn has also been devoted to the soup kitchen at a local church, becoming master chef on his assigned Sunday. I have personally witnessed his devotion to his wife Amanda, who, as you have been told by other references, is gravely ill with significant cardiac issues. Incarceration of Ronn would have a devastating emotional and physical effect on her.

Ronn recently came to me as a contrite, ashamed and broken person, who is deeply regretful of his actions. What struck me most was his concern for how potential incarceration would have a devastating effect on his wife and family, being less concerned about the effect on himself. It is difficult in one letter to sum up one's personal experience with a particular individual, to give a full and accurate representation of another person's value and worth. I hope that you see in Ronn a person who is contrite and penitent, accepting responsibility for his actions and one who is deserving of mercy. It is my wish that you can see a way to impose a just and fit punishment for Ronn's crime, one that does not involve incarceration.

Thank you for accepting my comments on behalf of Ronn Schuman, a personal friend and a valued member of the Temple Beit HaYam community

Sincerely,

Karl E Drehobl MD

Karl E. Drehobl MD
Neuroradiologist




United States District, Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Ronald Lawrence Schuman

November 11, 2015

Dear Judge Wolf:

I have known Ronald Schuman for over two years. I first met Ronald as I was a new hire and he was head of the Compliance - H.R. department at a Substance Abuse treatment facility. I immediately could see that he had a passion for helping individuals. I was a Supervisor that reported to Ronald and we worked together on a daily basis. From the beginning it was apparent to me that he was truly a man of integrity, honesty and fairness, over time we worked together on many Human Resource issues and I began to trust his judgement on many difficult decisions that were made in regards to employee issues and their families.

At a pivotal time in my personal life Ronald was there to support me and help as I have seen him do this with many others as he always takes the extra time to extend a helping hand and makes sure everyone knows he is available 24/7. Last December, Ronald gave me a second chance and asked me to join with him at a brand new substance abuse facility that he was the Chief Operating Officer. He explained to me that I would have to prove myself, but as always, he would be there to support and help me along the way. Ronald saw something in me, and it was his confidence in my ability as a mentor that was the spring board I needed to bounce back from a major setback in my professional career that I recently experienced. With his guidance and trust, I moved from a Behavioral Health Tech position into a Director position that I now have with many responsibilities and oversite of many staff members. Ronald and I work side by side every day overseeing the operations of a thriving Substance Abuse facility with over 50 employees. There is not one day that passes that I have not seen his compassion for helping people. I am truly grateful for the faith and the second chance Ronald gave me. I am privileged and proud to say that we work side by side with each other on a daily basis.

Ronald recently came to me and humbly explained the mistake he made years ago. I could see the shame and disappointment in my friends face as he was honest with me about what happened. This has had a devastating effect on his family and I know that Ronald is extremely remorseful for his actions. I am respectfully asking that your Honor please show leniency on Ronn, as if he was incarcerated he would be gravely missed by his family, the community and a large team of employees and friends. This is truly a man that deserves a second chance.

Sincerely,

Matt Rambo
CA Director

860 NW River Shores Blvd
Stuart, FL 34994




**Rabbi**
Matthew Durbin

**Rabbi Emeritus**
Jonathan P. Kendall, D.D.

**Cantorial Soloist and Religious Education Director**
Beth Pennamacoor

**Administrator**
Noreen Tolman

**Director ECLC**
Tammy Kaiser

**Youth Director**
Marcy Morris

**Executive Board:**
**President**
Amy Alpert
**Treasurer**
Stacy Stoller
**Secretary**
Gene Zweben
**Vice President – Ritual**
Sandy Crile
**Vice President – Education**
Kimberly Rosen
**Co-Vice President–Membership**
Jami Chaban and Wendy Benoit
**Chairperson ECLC**
Karl Drehobl, MD
**Immediate Past President**
Karen Weisberg

**Representative Trustees:**
**Sisterhood President**
Joni Winnick
**Brotherhood President**
Howard Kantrowitz
**Youth Committee Chair**
Jill Kantrowitz
**Caring Community Co-Chair**
Shelly Halpern and Renee' Sherman
**Fundraising Chair**
Brett Feldman
**Social Action Co Chair**
Lauren Ram
**Social Action Co-Chair**
Jesse Katz
**Public Relations Chair**
Tara Zweben

**Trustees:**
Richard Erth
Dave Gubernick
Michael Millner

November 8, 2015

United States District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

RE: Ronald Lawrence Schuman

Dear Judge Wolf,

I have known Ronald Schuman and his family since we moved to Palm City in June of 1999. We have children who were in school and religious school together so we interacted often.

As a member of the same synagogue, we worked together on numerous projects over the years. Ronald has given his time and energy without complaint over and over again. When we needed someone to take on a task, he has always volunteered. Ronald has served on numerous committees, been president of our men's club for 5 years and worked on our preschool board assisting with financial issues.

Ronald is one of the two main cooks for the soup kitchen the synagogue participates in once a month. In December of 2012, he and his wife, Amanda, worked tirelessly to help a couple they met attending the soup kitchen. No one asked them to help. They took it upon themselves to help this couple find housing, jobs, and transportation. Ronald gave from the heart.

Ronald is a good man. He believes whole-heartedly in his business and really wanted it to succeed. He made a mistake. His contributions to our community are numerous and continuing. His presence will be profoundly missed if he is incarcerated. In addition, his wife, Amanda, has serious health issues. She will suffer tremendously if Ronald is not there to care for her.

Please consider probation. The community needs Ronald. Incarceration would be a waste of taxpayer dollars.

Respectfully,

Amy Alpert
President, Temple Beit HaYam President

November 9, 2015

United States District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf

I have known Ronald for more than forty years. We met in High School where developed a long lasting friendship that has been maintained throughout the years.

I am providing this reference in full knowledge of Ronald's involvement in a Security Exchange Wire Fraud. I was disappointed when he told me of his offence. Ronald freely shared with me his own embarrassment and shame that this situation has caused his family. While I am surprised by these events I know Ronald was only trying to do what he believed to be in the best interest of the company. Ronald has always had high ethical standards as evident by his decision to cooperate and take responsibility for his actions, and I know he will continue to do what is right in order to make amends for his lapse in judgment. In my conversations with Ronald, he is fully aware of the impact this action has had, and will have on his family moving forward. He truly does regret and is deeply remorseful of the situation he put himself in.

On a personal note, I have never known a more compassionate individual who truly cares for his family, friends, and those less fortunate individuals. He has spent time working with youths in scouting, little league and in their religious community. I have known both Ronald and Amanda to help and check on an old acquaintance, who is in a challenging situation. They went so far as to invite him into their home periodically to make sure someone is looking after him.

I respectfully request that your Honor please consider leniency when considering sentencing for Ronald. Ronald's wife Amanda has suffered over the years disabling health problems, which she continues to live with every day. Ronald is her primary care provider if at all possible I am requesting for her sake that you consider sentencing of no incarceration for Ronald.

Respectfully yours,

Alan Saikin

**Gary S. Kabinoff, MD, PA**
665 SE Central Parkway
Stuart, FL 34994
(772) 419-5959 Fax (772) 419-3047

November 8, 2015

United States District Judge Mark. L Wolf
District Of Massachusetts
1 Courthouse Way
Boston, Massahusetts 02210

Re: Ronald Lawrence Schuman, AKA Ronn Schuman

Dear Judge Wolf

I am writing this letter with respect to not only Mr. Schuman but also with concern for his family.

I have known Ronald for about the past 15 years. I have had the pleasure to know him personally as well as professionally.

On a personal level, Ronald has been an active member of our community. He has always been a respected member of the community and an active member of our religious followings. He has served with honor, dedication, and honesty to our temple serving as a leader and an organizer. He was well respected by temple members as well as respectful of them . He has been involved in local businesses in the past relating to the medical profession during which he was always viewed as honest and trustworthy by the medical community.

On a professional level, I have had the privledge to providing medical care to the Schuman family, acting as their Primary Care Physician during this time frame. Although Ronald does have his own medical issues, his true role as a family member comes with his support for his wife. Mrs Schuman suffers from several severe medical issues, and at an unfortunately young age has taken quite ill. She is in and out of the hospital multiple times as well as having to have been placed on disability. He is the primary caregiver for her.

It is with respect and understanding that I hope you take his history and his situation into account during your judgement.

If I can be of any furher help, please feel free to notify me.

Sincerely,

Gary Kabinoff, MD

**Steven Rozansky**

187 SW Lake Rush Palm City, Florida 34990
Phone: 772-233-9499 • E-Mail: srozansky1@mac.com

Date: November 7, 2015

United States District Judge Mark L Wolf
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf:

I have known Ronald for the past thirteen years. Our relationship has been one of friendship and working together in our community. He has served in many leadership capacities in our synagogue. During my tenure as president of our congregation Ronald was Temple Beit HaYam's Brotherhood President. As Brotherhood President Ronald helped facilitate our congregations involvement in cooking and providing meals at a local soup kitchen. We have cooked meals together for the past two years for the homeless and people in need. We continue to do so today. Ronald also helped a young homeless couple from the soup kitchen find gainful employment and raised funds within our temple community to get them into an apartment. He has participated in an outreach program that's promotes religious tolerance and understanding within the Muslim and Christian community. Also, nearly every Saturday for the past three years, Ronald and I have studied Torah (The Bible) together at our temple. I firmly believe Ronald aspires to living by our faiths values, leading a life of compassion, honesty and goodwill.

If there is a possibility of Ronald being incarcerated, I would be deeply concerned for his wife, Amanda. She has a serious heart condition that requires hospitalization several times a year and Ronald is her primary caregiver. I am not sure what would become of Amanda without Ronald.

I understand completely Ronald has made a terrible mistake in breaking the law. In my conversations with him about what has transpired, I have witnessed his deep regret and shame for his transgressions. The crime that Ronald has committed is completely out of character for the person that I know and respect.

Please consider my plea for leniency for the sake of his wife, children and community.

Sincerely,

Steven Rozansky

Steven Rozansky



# KATZ & ASSOCIATES LLC

Attorneys at Law

November 9, 2015

U.S. District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf:

I am the Managing Partner/Attorney of Katz & Associates Law Firm, which is located in Florida and as an attorney licensed to practice in the State of Florida, I have represented Mr. Schuman. I have come to know Mr. Schuman and his family over the past three years; and consequently, Mr. Schuman and I have also become friends. I first met Mr. Schuman while involved in activities at the local Temple for which my family belongs. Over the past three years I have had the pleasure of getting to know Mr. Schuman and his family.

When I was told about the issues surrounding Mr. Schuman in the instant case against him, I was terribly troubled. I cannot attest to why Mr. Schuman did what he has done; however, I can attest that this is certainly out of his character. He has spent much of his time; during the time I have known him, devoted to the community and his family. Mr. Schuman volunteers an exorbitant amount of time to help the local Temple and volunteers at a soup kitchen. Mr. Schuman is the type of person occupied with helping others in their time of need.

I can only assume Mr. Schuman made bad choices out of desperation - choices that he is more than apologetic about. On another note, his wife unfortunately suffers serious health issues and Mr. Schuman cares for his wife as a devoted family man. As a result, I fear that if Mr. Schuman were to become incarcerated for any amount of time, I believe his family would suffer immensely and the community he helps. I am very saddened by the issues Mr. Schuman is now

49 SW Flagler Ave., Ste. 301
Stuart, Florida 34994

Tel. 772.933.5289
Fax 321.281.6015

facing. Mr. Schuman and I have spoken at great length regarding his issue. Based on our conversations, he is very remorseful and wishes he had made better decisions.

Despite what Mr. Schuman might have done in the instant case, he possesses great character as well as the eagerness to achieve countless things in the community. When one meets Mr. Schuman you can see he displays integrity and has a dedication to the community. I respectfully request this Honorable Court to grant Mr. Schuman a second chance. I feel confident that if Mr. Schuman is given this second chance, Mr. Schuman will go on to surpass what is demanded of him. I would like to thank this Honorable Court in advance for any consideration it gives Mr. Schuman.

Respectfully,

Michael B. Katz, Esquire

MBK:mk

Michael Robbins
6401 S Boston ST W-206
Greenwood Village, CO 80111

November 12, 2015

United States District Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Dear Judge Wolf

Ronald Schuman recently informed me he has pleaded guilty to a serious crime in your court and he faces sentencing by you soon. His remorse is palpable. I believe this crime is out of character for him.

I have known Ronald Schuman professionally and personally for 29 years. I am a technology consultant and have worked with - or for - him on extended (greater than one year) engagements 5 times during those years. I have continued to know Ronald personally for all 29 years.

Professionally, I know Ronald to work long hours and to be diligent, disciplined and talented at work. He is an active contributor to professional organizations. Personally, we have shared our commitments to being good husbands and good fathers.

Ronald and Amanda have struggled together with complications of her heart disease and diabetes. Hospitalizations have been frequent and Ronald has been by her side, her primary care-giver, since I have known them.

Their sons have both gone to college and have become self-supporting, responsible adults. Ronald arranged for me to mentor his older son, Dan, who is now a successful web application developer while continuing to manage a chronic mental disorder requiring medication and vigilance. Dan has been hospitalized on occasion and Ronald remained consistently at his side and has been instrumental to Dan's success. Dan received a glowing recommendation from Yahoo after several years of employment there. He is now a professional web developer with an excellent client history.

Ronald's presence is needed by his family. And, he has the energy and talent to be of community service in many valuable ways.

I hope you will find a way for Ronald to repay society while remaining present to his family. The community would benefit greatly from his service.

Sincerely,

Michael Robbins