# AMANDA SCHUMAN, RN

November 16, 2015

United States District
Judge Mark L. Wolf
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf,

My name is Amanda Schuman, Ronald's wife of 32 years. Our marriage has blessed us with two sons, Daniel, 32 and Alex, 25. I am a retired registered nurse that specialized in Neonatology, (NICU).

At the age of 21, I was diagnosed with severe hypertension and was treated at Cornell Hospital in New York City. My rare form of hypertension was carefully studied and monitored for many years due to its unusual onset and instability of blood pressures in excess of 240/140.

At the age of 41, I suffered my first heart attack and was diagnosed with progressive cardio vascular disease. Until that time, I lived an active lifestyle, raising two boys and working full time as a nurse. Unfortunately after the heart attack my health worsened and became complicated and difficult to manage.

Over the next ten years I had over 30 cardiac catheterizations and required 12 Stents as I continued with my battle with cardiac disease. In 2006, I had a cardiac double bypass. I attempted to return to my nursing job, but it became more difficult to work the required 12 hour shifts. Unfortunately, my cardiac bypass grafts failed and in late 2007 and I was rushed to Shands Hospital in Gainesville, Florida for a Redo, triple bypass which essentially ending my nursing career as I was placed on permanent medical disability.

Shortly after my second bypass, I was diagnosed with a rare form of variant angina, "Prinzmetal Syndrome". My Prinzmetal is ongoing and the ischemia (spasms to my heart) has required me to see a cardiac specialist in Gainesville - Shands, 4 hours away from our home, as my local cardiovascular doctors have exhausted all the traditional treatments and my syndrome has become life threatening.

Over the past year, I have been hospitalized seven times; each admission lasts 7-10 days. My treatment requires IV Nitro therapy and other IV cardiac drugs to calm the cardiac spasms and ischemic attacks. A typical day for me at home includes oxygen therapy along with Nitro based medications to manage my syndrome and to prevent the probability of a fatal heart attack. Basically my full-time job right now is to "Stay Alive". It is important to know that Ronald has had to add most of our daily household chores, food shopping, laundry and cleaning as my stamina is weak and I cannot do a lot of the chores and tasks that I once did. He is also my primary caregiver when I am weak and unable to care for myself.

*2271 SW Waterview Place Palm City FL 34990*
*amandaschuman1955@gmail.com   772-286-1433*



# AMANDA SCHUMAN, RN

Especially during the times when my health is at its worst, I rely on him for daily functions, for transportation, and for the support that keeps me going.

I am fully aware that my husband entered into what he initially thought was a business transaction in Boston. He has told me that, although his intentions were to obtain funding for his company, he knew that what he was doing was against the law but he agreed to do it anyway, I found Ronald's act to be out of character as I have always known him to be an honest individual.

After 32 years of marriage, Ronald and I have agonized over the decision he made which in turn has affected my life and security. Initially I was simply angry and disappointed with him. I did not understand how he could have put his life and our future in such jeopardy. However, I have since come to terms with the situation. In part I think this is because Ronald is so ashamed and sorry for what he has done. It pains me to watch the effects this has had on my husband. He feels that he has failed himself, me, our family and our friends. I can tell that he is devastated – but his concern is more for me than for himself. I can only speak to his unwavering support and care that he has always and continues to give me on a daily basis. Ronald is a good man who made a mistake.

I pray Judge Wolf that you can find it in your heart to be lenient in my husband's sentencing as incarceration would be devastating to me and my family. I am disabled and unable to work; because of this, without my husband's income as our sole wage earner we would be unable to pay our marriage and would surely lose our home. Above that, I rely on Ronald physically, emotionally and spiritually. I wish I didn't have to, but my health has come to require that. Losing him for any period of time would affect me greatly, and I really have no one to turn to replace what he does for me on a daily basis. I pray that it will not become necessary for me to have to cross that bridge.

Respectfully yours,

*Amanda Schuman*

Amanda Schuman

2271 SW Waterview Place Palm City FL 34990
amandaschuman1955@gmail.com   772-286-1433