Tracy J Sloan
120 Village St.
East Dorset VT 05253

November 9, 2015

United States District Judge Mark. L Wolf
District Of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf:

I first met Ronald over 30 years ago when he was courting my sister Amanda. It was apparent even then he was completely dedicated to Amanda. A marriage of almost three decades is a testament to their commitment to each other. They have faced many adversities together and have always persevered by being able to lean on each other. One of the biggest challenges they have faced was helping their son Dan come to terms and deal with being bipolar. I have seen Ronald repeatedly drop everything to help Dan through critical times. Ronald's support to Dan on every level has been vital to Dan's well being. Ronald has been the primary support to Dan as Amanda's health has prevented her from being able to travel easily.

I know this has tested their relationship like nothing else as it is entirely out of character for Ronald. He has shown nothing but remorse and regret for his misguided actions.

Ronald is the primary caretaker for Amanda whose heart condition makes it impossible for her to work. While Ronald was working on the road Amanda's health deteriorated dramatically, resulting in many prolonged stays in the hospital. Since Ronald has been able to work near home, Amanda's health has improved significantly. Incarceration would once again take Ronald away from Amanda threatening her health and well being.

Any consideration you can give to the negative impact incarcerating Ronald would have on my sister Amanda and the family is greatly appreciated.


Respectfully,

Tracy Sloan
Tracy Sloan



EXHIBIT
COMP. G

Lynn D. Sloan

9 E. Harbour Isle Drive Ft.

Pierce, Florida 34949

November 13, 2015

United States District Judge Mark L. Wolf

District of Massachusetts

1 Courthouse Way

Boston, Massachusetts 02210

Re: Ronald Lawrence Schuman

Dear Judge Wolf,

Ronald is my brother-in law, married to my sister Amanda Schuman. I have known Ronald for over thirty years. My first contact with Ronald was at St. Mary's Hospital in West Palm Beach, Florida. Amanda was in the hospital for one of her many hospitalizations. I was impressed at this first meetiog with Ronald. His genuine caring and concern for my sister was evident. Not long after; they were engaged and married.

Ronald and Amanda have raised two fine men. They have had a successful and long term marriage. Ronald's loyalty and commitment to my sister are beyond question.

Unfortunately, over the years Amanda's health has declined and she is now unable to continue her nursing career and contribute financially. Ronald has never complained but has always been the one during her hospitalizations to coordinate her care. Thus, Amanda has avoided conflicting treatment modalities and medications during her many and lengthy hospitalizations.

I know it was hard for Ronald to tell me what occurred in Boston. He was worried about my possible rejection, because I have spent my life practicing criminal law Florida. What Ronald did in Boston is totally out of character.

Sincerely,

Lynn D. Sloan